UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FUBON INSURANCE COMPANY
LIMITED,

                        Plaintiff,

-v-

M/V "PAPUAN COAST", et al,

                        Defendants.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/09

No. 09 Civ. 05019 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The above-entitled action has been assigned to my docket, Accordingly, the parties are hereby ORDERED to appear for a status conference on **July 30, 2009 at 12:15 p.m. in Courtroom 21C** of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

    IT IS HEREBY ORDERED that, by **4:00 p.m. on July 23, 2009** the parties shall jointly submit a letter, not to exceed five (5) pages, providing, in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction and venue lie in this court;

(3) A brief description of all outstanding motions and/or outstanding requests to file motions;

(4) A brief description of any discovery (remaining), specifying that which is necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that you believe may assist this Court in resolving this action.

In addition, the parties are directed to complete the Case Management plan and Order that can be accessed from my Individual Rules on the SDNY website at **http://www1.nysd.uscourts.gov/judge_info.php?id=99** and submit it to the Court not later than **4:00 p.m. on July 23, 2009.**

The status letter and the proposed Case Management plan submitted to the Court pursuant to this Order should be emailed directly to my chambers at the following email address: **sullivannysdchambers@nysd.uscourts.gov**. Do not file through ECF. Please consult my Individual Rules with respect to communications with chambers and related matters.

SO ORDERED.

DATED:   July 6, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE